FILED
2021 Jan-08 PM 03:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| RUBIN LUBLIN, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 5:20-cv-0398-LCB |
| ) | |
| D. MILBURN GROSS, JR., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Consistent with the Stipulation and Agreement for the Distribution of Interpleaded Funds, (Doc. 25), the Clerk is **DIRECTED** to withdraw and disburse the interpleaded funds in the manner outlined below.

The Clerk is **DIRECTED** to disburse the principal of four thousand and no/100 dollars, $4,000.00, payable to RUBIN LUBIN, LLC at the following address: RUBIN LUBIN, LLC, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071.

The Clerk is **DIRECTED** to disburse the principal of five thousand and no/100, $5,000.00, payable to the Estate of Nicholas Paul Avila at the following address: D. Milburn Gross, Jr., Personal Representative of the Estate of Nicholas Paul Avila, 229 Eastside Square, Huntsville, AL 35801.

Finally, the Clerk is **DIRECTED** to disburse the principal of the remainder of the interpleaded funds, eleven thousand and two hundred and eighty-three dollars and fifty-eight cents, $11,283.58, plus all interest earned, payable to the Secretary of Housing and Urban Development at the following address: Prim F. Escalona, United States Attorney, Attn: Richard E. O'Neal, Assistant United States Attorney, 1801 4th Avenue North, Birmingham, Alabama, 35203.

In the stipulation that was filed with the Court, the parties agreed that "[t]his stipulation and agreement for distribution of interpleader funds resolves the claims of the parties to the interpleader fund." (Doc. 25). Accordingly, all pending motions are **MOOT**, and the Clerk is directed to close this case.

**DONE** and **ORDERED** January 8, 2021.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE